Section 507(a)(8) of the Bankruptcy Code.

    **9.33.** **Reorganized Debtor**: The Debtor after the Effective Date.

    **9.34.** **Schedules**: Schedules and Statement of Financial Affairs, as amended, filed by the Debtor with the Bankruptcy Court listing liabilities and assets.

    **9.35.** **Secured Creditor**: Any creditor that holds a Claim that is secured by property of the Debtor.

    **9.36.** **Trustee**: Nicole Nigrelli, Esquire, the trustee appointed pursuant to 11 U.S.C. § 1183(a) and whose duties are prescribed under 11 U.S.C. 1183(b), the Plan, or the order confirming the Plan.

    **9.37.** **Unsecured Creditor**: Any Creditor that holds a Claim in the Chapter 11 case which is not a secured Claim.

    Respectfully submitted,
    By: */s/Carrie J. Boyle*
       Carrie J. Boyle, Esquire
       Boyle & Valenti Law, P.C.
       1940 Rt. 70 East, Suite 4
       Cherry Hill, NJ 08003
       856-499-3335 ph
       cboyle@b-vlaw.com

Dated: January 31, 2023